# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LEANN PERRY                                             PLAINTIFF

v.                      No. 3:17-cv-261-DPM

DOES                                                    DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Perry hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis;* and the time to do so has passed. № 2. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*W P Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 November 2017