IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEANN PERRY                                                        PLAINTIFF

v.                          No. 3:17-cv-261-DPM

DOES                                                              DEFENDANTS

## JUDGMENT

Perry's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 November 2017